DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MARTIN GAYTAN-GABRIEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>  )<br>  )<br>MARTIN GAYTAN-GABRIEL  )<br>  )<br>            Defendant.  )<br>_____ ) | NO. 2:07-cr-0508-FCD<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE; EXCLUSION OF TIME**<br><br>Date: January 22, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Frank C. Damrell Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the current status conference set for January 14, 2008 be continued to January 22, 2008 at 10:00 a.m.

This continuance is being requested because the parties are continuing to conduct investigation and negotiate a plea agreement in this case.

Accordingly, counsel agree that time under the Speedy Trial Act from the date this stipulation is lodged, through January 22, 2008, should be excluded in computing the time within which trial must

commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 (preparation of counsel).

DATED:   January 10, 2008                    Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Defender

                                             /s/ RACHELLE BARBOUR
                                             RACHELLE BARBOUR
                                             Assistant Federal Defender

DATED: January 10, 2008                      McGREGOR SCOTT
                                             United States Attorney

                                             /s/ RACHELLE BARBOUR for
                                             MATTHEW STEGMAN
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

**IT IS SO ORDERED.**

DATED:  January 11, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE