```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MARTIN GAYTAN-GABRIEL
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 ) | NO. 2:07-cr-0508-FCD |
| Plaintiff,     )<br>                                 )<br>v.                              )<br>                                 )<br>                                 )<br>                                 )<br>MARTIN GAYTAN-GABRIEL            )<br>                                 )<br>Defendant.     )<br>_____ ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE; EXCLUSION OF TIME**<br><br>Date: January 28, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Frank C. Damrell Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the current status conference set for January 22, 2008 be continued to January 28, 2008 at 10:00 a.m.

   This continuance is being requested because the parties are continuing to conduct investigation and negotiate a plea agreement in this case.  The parties anticipate that Mr. Gaytan-Gabriel will enter a change of plea and be sentenced at the next court date.  Defense counsel must ensure that all documents have been read to Mr. Gaytan-Gabriel in Spanish.

1    Accordingly, counsel agree that time under the Speedy Trial Act
2 from the date this stipulation is lodged, through January 28, 2008,
3 should be excluded in computing the time within which trial must
4 commence under the Speedy Trial Act, pursuant to Title 18 U.S.C.
5 § 3161(h)(8)(B)(iv) and Local Code T4 (preparation of counsel).
6 DATED:   January 18, 2008            Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender


                                       /s/ RACHELLE BARBOUR
                                       RACHELLE BARBOUR
                                       Assistant Federal Defender


DATED: January 18, 2008                McGREGOR SCOTT
                                       United States Attorney


                                       /s/ RACHELLE BARBOUR for
                                       KYLE REARDON
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

     IT IS SO ORDERED.

DATED: January 22, 2008



                              _____
                               FRANK C. DAMRELL, JR.
                               UNITED STATES DISTRICT JUDGE