DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MARTIN GAYTAN-GABRIEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. 2:07-cr-0508-FCD |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **STIPULATION AND ORDER CONTINUING** |
| ) | **STATUS CONFERENCE DATE; EXCLUSION** |
| ) | **OF TIME** |
| MARTIN GAYTAN-GABRIEL ) | |
| ) | Date: February 11, 2008 |
| Defendant. ) | Time: 10:00 a.m. |
| _____ ) | Judge: Hon. Frank C. Damrell Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the current status conference set for January 28, 2008 be continued to February 11, 2008 at 10:00 a.m.

   This continuance is being requested because the defense must order criminal history records to determine Mr. Gaytan-Gabriel's criminal history score under the guidelines.

   Accordingly, counsel agree that time under the Speedy Trial Act from the date this stipulation is lodged, through February 11, 2008, should be excluded in computing the time within which trial must

commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 (preparation of counsel).

DATED:   January 25, 2008                Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender


                                         /s/ RACHELLE BARBOUR
                                         RACHELLE BARBOUR
                                         Assistant Federal Defender


DATED: January 25, 2008                  McGREGOR SCOTT
                                         United States Attorney


                                         /s/ RACHELLE BARBOUR for
                                         KYLE REARDON
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff


**IT IS SO ORDERED.**

DATED: January 25, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE