DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MARTIN GAYTAN-GABRIEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR.S-07-508-FCD |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **STIPULATION AND ORDER CONTINUING** |
| ) | **STATUS CONFERENCE DATE; EXCLUSION** |
| ) | **OF TIME** |
| MARTIN GAYTAN-GABRIEL ) | |
| ) | Date: February 19, 2008 |
| Defendant. ) | Time: 10:00 a.m. |
| _____ ) | Judge: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the current status conference set for February 11, 2008 be continued to February 19, 2008 at 10:00 a.m.

This continuance is being requested because the defense must order criminal history records to determine Mr. Gaytan-Gabriel's criminal history score under the guidelines.

Accordingly, counsel agree that time under the Speedy Trial Act from the date this stipulation is lodged, through February 19, 2008, should be excluded in computing the time within which trial must

commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 (preparation of counsel).

DATED:   February 8, 2008                    Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Defender


                                             /s/ RACHELLE BARBOUR
                                             RACHELLE BARBOUR
                                             Assistant Federal Defender


DATED: February 8, 2008                      McGREGOR SCOTT
                                             United States Attorney


                                             /s/ RACHELLE BARBOUR for
                                             KYLE REARDON
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff


## O R D E R

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to Title 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

DATED: February 11, 2008

                                             _____
                                             FRANK C. DAMRELL, JR.
                                             UNITED STATES DISTRICT JUDGE

2